UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:08-CR-500-T-17TGW

YOSDANY MESA MARTINEZ

## REPORT AND RECOMMENDATION

The court has referred to me for a report and recommendation a motion that requests that Ralph E. Fernandez be substituted as counsel for the defendant (Docs. 31, 33). I recommend that the motion be granted.

The Government had expressed concerns that the substitution of Mr. Fernandez would present some conflict of interest. Consequently, that issue was aired at the hearing. In particular, a concern was expressed that information provided by the defendant in order to obtain safety valve relief might implicate a prior client of Mr. Fernandez by the name of Falcon. Mr. Fernandez explained that he has not represented Mr. Falcon for a number of years and, even then, it was not in connection with a drug case. There appears to be no conflict of interest with respect to Mr. Fernandez's long-ago representation of Mr. Falcon.

The Government also expressed other concerns (which it appears were initially raised by Mr. Fernandez himself). After discussion, there simply appears to be no conflict of interest at all concerning this defendant. It could not be perceived how the defendant could be adversely affected by having Mr. Fernandez represent him as his attorney and, indeed, it may well be in his best interest. Importantly, the defendant requested that Mr. Fernandez represent him.

Conceivably, there could be collateral damage to other individuals who may have financed Mr. Fernandez's representation. Mr. Fernandez explained that he emphasizes to those that fund his representation that his obligation and loyalty is to the defendant, and not to anybody else.

Under these circumstances, I see no reason to prevent Mr. Fernandez from representing the defendant. I therefore recommend that the Motion Seeking Allowance of Substitution of Counsel (Doc. 31) be granted.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: MAY 26, 2009

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).